# Court of Appeals
# of the State of Georgia

ATLANTA,   May 07, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1551.  ADVANCED ELECTRONIC REPAIR v. ROBERT W. SCRUGGS et al.**

On September 20, 2013, the trial court entered an order granting summary judgment to three defendants in this lawsuit.  On October 25, 2013, plaintiff Advanced Electronic Repair filed a notice of appeal.  To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court.  *GMC Group v. Harsco Corp.*, 293 Ga. App. 707 (667 SE2d 916) (2008).  Because Advanced Electronic Repair filed its notice of appeal 35 days after entry of the trial court's order, the appeal is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/07/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*